[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 107.]

THE STATE OF OHIO, APPELLEE, *v.* COOPER, APPELLANT.

[Cite as *State v. Cooper*, 1998-Ohio-556.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(No. 98-677—Submitted August 19, 1998—Decided September 16, 1998.)

CERTIFIED by the Court of Appeals for Montgomery County, No. 16095.

————————————

*David H. Bodiker*, State Public Defender, and *Thomas R. Wetterer, Jr.*, Assistant Public Defender, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————